# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  ASSIGNMENT OF JUDGES OF THE COURT OF COMMON PLEAS OF THE FIFTH JUDICIAL DISTRICT OF PENNSYLVANIA

:  No. 338 Common Pleas Judicial
:  Classification Docket
:
:
:

## **O R D E R**

**PER CURIAM:**

AND NOW, this 21st day of September, 2016, upon consideration of the Petition of the Honorable Jeffrey A. Manning, President Judge of the Allegheny County Court of Common Pleas, for the assignment of a Judge to a division of the court, it is hereby ORDERED that the Petition is granted and the following assignment is approved:

Family Division

The Honorable David L. Spurgeon